PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE M. WATKINS, | ) | |
| | ) | CASE NO.  4:19CV1807 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 3] |

Pending is Attorney Neal A. Sanders' Motion to Admit Counsel *Pro Hac Vice* (ECF No. 3).  The motion is accompanied by Certificates of Good Standing (ECF Nos. 3-1 and 3-2) and the $120.00 fee (Receipt Number 0647-9460163) as required by LR 83.5(h).

For good cause shown, the motion is granted.  Neal A. Sanders shall be entered on the docket as representing Plaintiff Michelle M. Watkins.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically.  *See* LR 5.1(c).

IT IS SO ORDERED.


   August 26, 2019                           */s/ Benita Y. Pearson*
Date                                          Benita Y. Pearson
                                              United States District Judge