PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MICHELLE M. WATKINS, | ) | |
| | ) | CASE NO.  4:19CV1807 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 22] |

Pending is the Joint Motion for Extension of Deadlines Due to COVID-19 (ECF No. 22). The parties request that the Court again extend the cutoff dates for the completion of discovery and dispositive motions by an additional 60 days and reschedule the Telephonic Status Conference set for May 13, 2020 to enable the parties to preferably complete discovery involving in-person depositions of multiple witnesses.

The motion is denied.  Counsel and the parties are urged to do what can be done, even it is not preferred.  Counsel shall confer about ways to move the case forward in light of the restrictions on physical movement and the related guidance provided to minimize risk of infection given the legitimate health concerns caused by COVID-19.  Litigants in similar matters are engaging in electronic communications, including free internet-based teleconferencing and conducting depositions remotely by virtual means.  The Court is conducting matters by tele- or video-conferencing as appropriate.

IT IS SO ORDERED.

April 10, 2020
Date

/s/ Benita Y. Pearson
Benita Y. Pearson
United States District Judge