UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHELLE WATKINS, | Case No. 4:19-cv-1807 |
| | Judge J. Philip Calabrese |
| Plaintiff | |
| v. | |
| CORECIVIC OF TENNESSEE, LLC, | |
| Defendant | |

## JUDGMENT

The Court filed its Opinion and Order in this matter. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.** Dated: December 27, 2021

 J. Philip Calabrese United
States District Judge
Northern District of Ohio